DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ADAM CHRISTOPHER McGRIFF,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-511

[November 25, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 562008CF001525A.

Adam Christopher McGriff, Okeechobee, pro se.

Ashley Moody, Attorney General, Tallahassee, and Melynda L. Melear, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER and KLINGENSMITH, JJ., and NUTT, JAMES, Associate Judge, concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***